RECEIVED
SDNY PRO SE OFFICE
2019 MAY -2 PM 1:12
S.D. OF N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN RE LONGFIN CORP.　　　　　　　　　　Civil Action 1:18-cv-2933-DLC
SECURITIES CLASS ACTION
LITIGATION

-----------------------------------------------X

**ANSWER OF DEFENDANT DORABABU PENUMARTHI TO FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

Defendant Dorababu Penumarthi for his Answer to the First Amended Complaint filed by Attorneys for Lead Plaintiff Mohammad A. Malik and Plaintiff Karthik Reddy states as follows:

1. Penumarthi denies the allegations of paragraphs 1, 5, 7, 8, 9, 10, 11, 17, 18, 19, 20, 21, 38, 40, 41, 42, 43, 74, 76, 79, 84 (2nd), 87 (2nd), 88 (2nd) 95, 96, 116, 118, 119, 136, 137, 143, 144, 145, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181 and 182.

2. Penumarthi admits the allegations of paragraphs 2, 15, 85 (2nd), 86 (2nd) and 131

3. Penumarthi is without knowledge or information sufficient to form a belief as to the truth of the allegations of the following paragraphs and deny them on that ground: 3, 4, 6, 12, 13, 14, 16, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 75, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 80 (2nd), 81 (2nd), 82 (2nd), 83 (2nd), 89 (2nd), 90 (2nd), 92, 93, 94, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 117, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 132, 133, 134, 135, 138, 139, 140, 141, 142 and 146.

**PRAYER FOR RELIEF**

Answering the un-numbered "prayer for relief," Penumarthi denies that Plaintiff is entitled to any of the relief sought as against him.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden that he would not otherwise have, Penumarthi asserts the following defenses to every cause of action asserted against him as to which such defense is or may be applicable. By virtue of alleging these further defenses, Penumarthi does not assume any burden of proof, persuasion, or production not otherwise legally assigned to him. Penumarthi also does not concede that facts contrary to one or more of the averments that follows would support liability as to him. Penumarthi reserves all rights to assert other defenses as appropriate.

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Complaint fails to plead with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### Third Defense

Plaintiff has failed to comply with the Private Securities Litigation Reform Act of 1995, and Plaintiff's claims are barred in whole or in part by the statute.

### Fourth Defense

Plaintiff's purported damages are nonexistent, speculative, not of the nature or to the extent alleged, and were not the foreseeable result of Defendants' alleged conduct.

### Fifth Defense

Plaintiff is not entitled to any recovery from Defendants for its claims because of Plaintiff's failure to adequately allege and inability to prove scienter.

### Sixth Defense

Plaintiff cannot prove transaction causation or loss causation.

### Seventh Defense

Plaintiff failed to mitigate, minimize or avoid its damages, if any.

Penumarthi has not knowingly or intentionally waived any applicable defenses, and he reserves the right to assert and rely upon other applicable defenses that may become available or apparent throughout the course of this action. Penumarthi reserves the right to amend or seek to amend his answer and/or affirmative defenses.

### REQUEST FOR RELIEF

Penumarthi respectfully request that this Court grant judgment in his favor as follows:

a. That the Complaint be dismissed in its entirety with prejudice;

b. That judgment be entered in the Penumarthi's favor on their affirmative defenses;

c. That Penumarthi be awarded his costs and expenses; and

d. That this Court grant Penumarthi such other and further relief as may be just and proper.

### JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Penumarthi demands a trial by jury for all issues so triable.

Dated: April 25, 2019                                    Respectfully submitted,
United Kingdom

3

_____
Dorababu Penumarthi

4

**United States District Court
of the Southern District of New York**

Pro Se Intake Unit
**Daniel Patrick Moynihan
United States Courthouse**
500 Pearl Street, Room 200
New York, New York 10007

Phone Number: 212 805 0175

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -2 PM 1:12
S.D. OF N.Y.

