USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-6-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:     18cv2933(DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :     ORDER
:
----------------------------------------X

DENISE COTE, District Judge:

An Opinion of July 29, 2019 (the "July 29 Opinion"), dismissed defendant Network 1 from this case. Plaintiffs' motion for relief from the July 29 Opinion was denied in a November 15, 2019 Opinion (the "November 15 Opinion"). Plaintiffs' motion for reconsideration from the November 15 Opinion was denied in an Order filed today.

The second amended complaint ("SAC") was filed by Lead Plaintiff Mohammad A. Malik on June 28, 2019. The SAC mooted the Clerk's entry of default as to defendants Longfin Corp., Venkata S. Meenavalli, Vivek K. Ratakonda, and Suresh Tammineedi. To date, the docket does not reflect service of the SAC on any of the defendants in this action. Rule 4(m), Fed. R. Civ. P., provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, it is hereby

ORDERED that, by **December 13, 2019**, plaintiffs shall file proof of service as to defendants Longfin, Venkata, Meenavalli, Ratakonda, Tammineedi, Andy Altahawi, and Dorababu Penumarthi. If plaintiffs fail to file proof of service as to any defendant, this case shall be dismissed for failure to prosecute as to that defendant.

SO ORDERED:

Dated: New York, New York
December 6, 2019

_____
DENISE COTE
United States District Judge