USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   18cv2933(DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :   ORDER
                                        :
----------------------------------------X

DENISE COTE, District Judge:

This action was commenced on April 3, 2018. On July 27, 2018, plaintiffs filed a first amended complaint, and, on June 28, 2019, plaintiffs filed a second amended complaint. As set forth in plaintiff's December 11, 2019 letter to this Court, after the filing of the first amended complaint but before the filing of the second amended complaint, the Clerk of Court had entered default for failure to appear against defendants Longfin Corp., Venkata S. Meenavalli, Vivek K. Ratakonda, and Suresh Tammineedi (the "defaulting defendants"). The second amended complaint did not "assert[] a new claim for relief against" any of the defaulting defendants, and thus service of the second amended complaint on the defaulting defendants was not required. Fed. R. Civ. P. 5(a)(2).

Defendant Andy Altahawi entered a notice of appearance and requested all pleadings be served on him through his counsel on October 9, 2018. Defendant Dorababu Penumarthi, proceeding pro se, entered a notice of appearance and consented to receive electronic service on May 5, 2019. Plaintiffs thus served the

second amended complaint upon Altahawi and Penumarthi upon filing the complaint on ECF on June 28, 2019. See Fed. R. Civ. P. 5(2)(E). Altahawi and Penumarthi have not responded to the second amended complaint. Accordingly, it is hereby

ORDERED that plaintiffs shall file a motion for default judgment against all of the defendants in this action by **January 3, 2020,** or this case shall be dismissed for failure to prosecute.

Dated: New York, New York
December 16, 2019

DENISE COTE
United States District Judge