UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :  18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :      ORDER
                                        :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

On January 3, 2020, the plaintiff filed a motion for class certification that the defendants have not opposed. Accordingly, it is hereby

ORDERED that, by **March 13, 2020**, the plaintiff shall file a letter explaining the need for subclasses. The plaintiff shall also address whether the subclasses require separate lead plaintiffs and separate representation.

IT IS FURTHER ORDERED that, by **March 13, 2020**, the plaintiff shall file a proposed notice of class certification that includes an opportunity for potential class members to opt out.

Dated:   New York, New York
         March 3, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge