```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :         ORDER
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having approved on April 14, 2020, the form of class notice provided by the Court on April 7, it is hereby

ORDERED that by **April 24, 2020**, the plaintiff shall provide the Court with the following:

- a proposed order certifying a class, with the appropriate detailed findings;

- a proposed plan and schedule for providing notice to the class;

- a proposal for the administrator of the class action;

- a proposed schedule for class members opting out of the class action;

- a proposed schedule for the completion of proceedings in this action that incorporates the Scheduling Order issued by this Court on December 30, 2019; and

- a final notice to the class, in the form that plaintiff will provide to the class.

Dated:   New York, New York
         April 20, 2020

_____
DENISE COTE
United States District Judge