## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONGFIN CORP. SECURITIES CLASS ACTION LITIGATION | Lead Case No.: 1:18-cv-2933-DLC<br><br>CLASS ACTION |

### STIPULATION OF VOLUNTARY DISMISSAL
### OF DEFENDANTS ALTAHAWI AND PENUMARTHI

WHEREAS after conducting financial discovery, and based upon the representations of Defendants Atahawi F/K/A Armo Izzelden Atahawi ("Altahawi") and Defendant Dorababu Penumarthi ("Penumarthi", and together with Altahawi, "Dismissing Defendants"), Lead Plaintiff Mohammad A. Malik has concluded that the Dismissing Defendants lack identifiable recoverable assets and appear to be essentially judgment proof;

WHEREAS all other defendants in this action are either in default or have been dismissed; and

WHEREAS Lead Plaintiff wishes to avoid any unnecessary expenditure of judicial resources;

WHEREAS Penumarthi represents that he understands and undertakes all recitals and provisions of this Stipulation, and had an opportunity to consult with his own counsel if he so chose, but declined to do so; and

WHEREAS the Dismissing Defendants have agreed to provide to Lead Plaintiff with certain discovery within 30 days of the filing of this Stipulation;

THEREFORE, IT IS STIPULATED AND AGREED THAT:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and the claims therein are voluntarily dismissed ***without prejudice*** against the

1

Dismissing Defendants only. Dismissing Defendants have represented and affirmed that they are without recoverable assets and are essentially judgment proof. Accordingly, to avoid unnecessary expenditure of judicial resources, Lead Plaintiff and the Dismissing Defendants have agreed to a voluntary dismissal without prejudice, with all parties to bear their own fees and expenses.

2. The Dismissing Defendants shall produce to Lead Plaintiff the agreed upon discovery within 30 days of the filing of this Stipulation.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: April 24, 2020 | Respectfully submitted, |
| | **LEVI & KORSINSKY, LLP** |
| | /s/ *Adam M. Apton* <br> Donald J. Enright <br> Elizabeth K. Tripodi <br> Adam M. Apton <br> 1101 30th Street, N.W., Suite 115 <br> Washington, DC 20007 <br> Telephone: (202) 524-4290 <br> Fax: (202) 333-2121 |
| | *Attorneys for Lead Plaintiff Mohammad M. Malik and Lead Counsel for the Class* |
| Dated: April 24, 2020 | **TARTER KRINSKY & DROGIN, LLP** |
| | /s/ Robert G. Heim <br> Robert G. Heim <br> 1350 Broadway <br> New York, NY 10018 <br> Telephone: (212) 216-1131 <br> Email: rheim@tarterkrinsky.com |
| | *Attorney for Defendant Andy Altahawi* |
| Dated: April 24, 2020 | /s/ [signature] <br> Dorababu Penumarthi (*pro se*) |

2

Flat12 Baronsmede
Bournemouth, Dorset Bh26de

*Pro se Defendant*

**IT IS SO ORDERED**

Dated:_____                         _____

The Honorable Denise L. Cote
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, Adam M. Apton hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which shall send electronic notification to all counsel of record. Defendants Penumarthi and Altahawi are being served via electronic mail to dorababup@gmail.com and rheim@tarterkrinsky.com, respectively.

By: /s/*Adam M. Apton*
Adam M. Apton