```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :     18cv2933 (DLC)
 IN RE LONGFIN CORP. SECURITIES CLASS   :
 ACTION LITIGATION                      :          ORDER
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court having received the plaintiff's submissions of April 24, 2020, it is hereby

ORDERED that a telephone conference is scheduled for **May 1, 2020** at **9:00 am.** The dial-in credentials for the telephone conference are as follows:

       Dial-in:      888-363-4749
       Access code:  4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that plaintiff's counsel shall be ready to address the following questions:

(1) What is the likelihood of recovery in this action from defendants Longfin Corp., Venkata S. Meenavalli, Vivek K. Ratakonda, and Suresh Tammineedi?

(2) Why shouldn't the claims against defendants Dorababu Penumarthi and Andy Altahawi be dismissed with prejudice?

(3) How does counsel expect to obtain payment of attorney's fees?

(4) Has the plaintiff shown, pursuant to Rule 23(b)(3), that a class action is superior to other available methods for fairly and efficiently adjudicating this controversy, where a class action judgment will benefit the defendants but there is little likelihood of any benefit to the class?

IT IS FURTHER ORDERED that the Securities and Exchange Commission ("SEC") is invited, but not required, to participate in the May 1 telephone conference in order to aid in the Court's understanding of these issues.

Dated:    New York, New York
          April 27, 2020

                                     _____
                                         DENISE COTE
                                    United States District Judge