```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS     :
ACTION LITIGATION                        :         ORDER
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A telephone conference having been held today to discuss, among other things, plaintiff's proposed class notice, it is hereby

ORDERED that plaintiff's revisions to the proposed class notice are due **May 8, 2020.**

Dated:    New York, New York
          May 1, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge