USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LONGFIN CORP. SECURITIES  :  18-cv-02933 (DLC) (RWL)
CLASS ACTION LITIGATION  :
  :  **ORDER**
  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of the Court entered default for failure to appear against Defendant Longfin Corp. on January 4, 2019 (Dkt. 112); Defendants Venkata S. Meenavalli and Vivek K. Ratakonda on April 4, 2019 (Dkt. 119); and Defendant Suresh Tammineedi on June 12, 2019 (Dkt. 135) ("Defaulting Defendants"). By Order dated May 14, 2020, the Hon. Denise L. Cote, U.S.D.J., referred this matter to me to conduct an inquest concerning Plaintiffs' damages. (Dkt. 210.) Accordingly:

1. **Required Submission:** Plaintiffs shall serve Defaulting Defendants in the manner set forth in paragraph 7 below and file Proposed Findings of Fact and Conclusions of Law concerning all damages and any other monetary relief permitted under the entry of default judgment no later than June 26, 2020. Plaintiffs shall include with such service a copy of this Order. The submission shall contain a concluding paragraph that succinctly summarizes what damage amount (or other monetary relief) is being sought, including the exact dollar amount.

2. **Proposed Findings of Fact:** Plaintiffs' Proposed Findings of Fact should specifically tie the proposed damages figure to the legal claim(s) on which liability has been established; should demonstrate how Plaintiffs arrived at the proposed damages figure; and should be supported by one or more affidavits, which may attach any documentary evidence establishing the proposed damages. Each Proposed Finding of

1

Fact shall be followed by a citation to the paragraphs of the affidavit(s) and or page of documentary evidence that supports each such Proposed Finding.  Plaintiffs' papers must include an affidavit from someone with personal knowledge, setting forth the facts which establish that the Court has both personal jurisdiction over Defaulting Defendants, and jurisdiction over the subject matter.  To the extent the Proposed Findings contain any allegations regarding liability, the Proposed Findings should cite to the appropriate paragraph of the complaint.

3. **Attorneys' Fees:**  Any request for attorneys' fees must be supported by contemporaneous time records showing, for each attorney, the date of service, the hours expended, and the nature of the work performed.  Counsel should also provide the number of years they have been admitted to the bar, their hourly rate, and any information supporting the reasonableness thereof.  The Conclusions of Law shall include a paragraph or paragraphs setting forth the legal basis for any requested award of attorneys' fees, including why, if applicable, the number of attorneys involved are entitled to fees.

4. **Memorandum of Law:**  In lieu of conclusions of law, Plaintiffs may submit a memorandum of law setting forth the legal principles applicable to Plaintiffs' claim or claims for damages (including but not limited to the legal basis for any claim for interest or attorneys' fees).

5. **Defaulting Defendants' Response:**  Defaulting Defendants shall send to Plaintiffs' counsel and file with the Court their response, if any, to Plaintiffs' submissions no later than July 24, 2020.

6. **Hearing:** The Court may conduct this inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing on the issue of damages, such party must set forth in its submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

7. **Service:** Service of the documents to be served and filed by Plaintiffs on Defaulting Defendants shall be made using the method last used and approved by Judge Cote. Absent any previous approved method, Plaintiffs shall serve Defaulting Defendants by certified mail to their last known address and by email to their last known email address, if any.

8. **Courtesy Copies:** A courtesy copy of any document filed with the Court shall be sent or delivered to the undersigned.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated:      May 15, 2020
             New York, New York