```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :         ORDER
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The May 14, 2020 Amended Order of Referral to the Magistrate Judge for an inquest is hereby

VACATED.

Dated:   New York, New York
         June 16, 2020

                                                  _____
                                                     DENISE COTE
                                     United States District Judge