```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS     :
ACTION LITIGATION                        :         ORDER
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Lead Plaintiff having sought clarification regarding whether the Scheduling Order issued by Magistrate Judge Lehrburger on May 15, 2020 is still in effect following this Court's June 16 Order vacating the May 14, 2020 Amended Order of Referral to the Magistrate Judge, it is hereby

ORDERED that the May 15 Scheduling Order is vacated.

IT IS FURTHER ORDERED that Lead Plaintiff shall not re-file its January 3, 2020 submissions in support of its motion for default judgment, but shall file any supplemental submissions by **June 26, 2020.** In particular, Lead Plaintiff's supplemental submissions shall address the following issues:

1. Whether Lead Plaintiff seeks damages pursuant to Section 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), in addition to Section 10(b) of the Exchange Act, as alluded to in Lead Plaintiff's January 3, 2020 memorandum in support of its motion for default judgment.

2. The discrepancy between the $223,037,680 of Section 10(b) damages requested by Lead Plaintiff and the $27 million of investor harm identified by the Securities and Exchange Commission ("SEC").

IT IS FURTHER ORDERED that Longfin Corp., Suresh

Tammineedi, Venkata Meenavalli, and Vivek Ratakonda (the "Defaulting Defendants") shall file any opposition to the motion for default judgment by **July 24, 2020.**

Dated:  New York, New York
        June 18, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　United States District Judge