```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :     18cv2933 (DLC)
IN RE LONGFIN CORP. SECURITIES CLASS    :
ACTION LITIGATION                       :         ORDER
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court having granted Lead Plaintiff's January 3, 2020 motion for default judgment in an Opinion and Order issued today, it is hereby

ORDERED that Lead Plaintiff shall file a proposed judgment by **August 7, 2020.**

Dated:   New York, New York
         July 29, 2020

```
                              _____
                                     DENISE COTE
                              United States District Judge
```