# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONGFIN CORP. SECURITIES CLASS ACTION LITIGATION | Lead Case No.: 1:18-cv-2933-DLC <br><br> CLASS ACTION |

## [PROPOSED] FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by Lead Plaintiff Mohammad A. Malik in his Motion for Default Judgment (Dkt. No. 188) this Court's Order Granting Lead Plaintiff's Motion for Default Judgment (Dkt. No. 216) in which this Court approved Lead Plaintiff's proposed liability and damages, and Lead Plaintiff's Motion for Final Judgment and all arguments and authorities cited therein, it is hereby:

**ORDERED**, that final judgment is entered against Longfin Corp., ("Longfin"), Suresh Tammineedi, Venkata Meenavalli, and Vivek Ratakonda (collectively, the "Defaulting Defendants") for their violations of Section 5 of the Securities Act, liability established under 12(a)(1) and Section 15 of the Securities Act [15 U.S.C. §§ 77l(a)(1) and 77o], Section 15(a) of the Securities Act against Defendants Meenavalli and Ratakonda, Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder against the Defaulting Defendants, Section 20(a) against the individual Defaulting Defendants, and Section 20A against Defendant Tammineedi;

**ORDERED**, that, pursuant to Section 10(b) of the Exchange Act, each of the Defaulting Defendants are jointly and severally liable to Lead Plaintiff and the Class for damages in the amount of $223,037,680 (the "Damages Figure");

1

**ORDERED**, that Lead Plaintiff and the Class are entitled to prejudgment interest on the Damages Figure beginning on April 6, 2018 and post-judgment interest on the Damages Figure until the judgment is satisfied, both at the statutory rate set forth in 28 U.S.C. § 1961;

**ORDERED** that, including pre-and post-judgment interest per 28 U.S. 1961, the total figure to which the Defaulting Defendants are liable is $223,662,622.66, plus post-judgment interest at the rate of 0.14% per annum, computed daily to the date of payment and compounded annually, along with costs (the "Total Damages Figure");

**ORDERED**, ~~that as damages here are for a "sum certain," pursuant to Rule 58(a) and Rule 58(b)(1)(B) of the Federal Rules of Civil Procedure, the Clerk of the Court is to enter the Form AO 450 which represents the Total Damages Figure;~~

**ORDERED**, that pursuant to Rule 23(h)(1) of the Federal Rules of Civil Procedure, Lead Plaintiff's counsel are to file their motion for attorney's fees and expenses contemporaneously with any future request to distribute recovered funds from the Total Damages Figure to the Class; and

**ORDERED** that, for purposes of Rule 4(a)(1)(A) and Rule 4(a)(7)(A)(ii) of the Federal Rules of Appellate Procedure, Judgment will be deemed entered for purposes of any notice of appeal from when this Final Judgment is entered ~~on a Form AO 450, per Rule 58 of the Federal Rules of Civil Procedure~~.

**IT IS SO ORDERED**

Dated: August 11, 2020
New York, New York

_____
DENISE COTE
United States District Judge

2