# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**2933**

**In re Longfin Corp. Securities Class Action Litigation**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:18 CV 2933 ( DLC )( )

-against-

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: **Mohammad A. Malik**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☑ order entered on: **August 11, 2020 (Judgment); November 15, 2019 (Order); June 21, 2019 (Order)**

(date that judgment or order was entered on docket)

that: **finalized the record as to the judgment status of Defendants Longfin Corp., Meenavalli, Ratakonda, and Tammineedi. Plaintiff specifically appeals Dkt. No. 167, which Denied Plaintiffs relief from the order granting relief from Defendant Network-1's Motion for Reconsideration (which resulted in the dismissal of Plaintiffs' claims against Network-1) and which denied leave for Plaintiffs to amend their Complaint and file a Third Amended Complaint. Plaintiff also appeals Dkt. No. 139, which substantively limited the scope of Plaintiffs' Second Amended Complaint.**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**09/01/2020**
Dated

**/s/ Donald J. Enright**
Signature*

**Enright, Donald, J.**
Name (Last, First, MI)

1101 30th Street NW, Suite 115 | **Washington** | District of Columbia | 20007
Address | City | State | Zip Code

**(202) 524-4290**
Telephone Number

**denright@zlk.com**
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13