**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LONGFIN CORP. SECURITIES CLASS ACTION LITIGATION | Lead Case No.: 1:18-cv-2933-DLC<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S NOTICE OF CLASS ACTION OPT-OUTS

Class Representative Plaintiff Mohammad A. Malik, individually and on behalf of all others similarly situated, hereby submits this Notice relaying to the Court that Plaintiff has completed class notice per this Court's Order on May 14, 2020. [ECF No. 210]. Following potential class members' receipt of the notice of class certification, Plaintiff received ten (10) opt-out requests from thirteen (13) individuals within the 90-day opt-out period. The individuals who have chosen to opt-out of this above-captioned Class Action are as follows:

- (1) Christopher Metzner of Florida;
- (2) Armond McKey of Texas;
- (3) Tammy McKey of Texas;
- (4) Radek Beneda of Prague, Czech Republic;
- (5) Leroy E. Kasper of Pennsylvania;
- (6) Linda L. Kasper of Pennsylvania;
- (7) Frederic Marechal of Tournefeuille, France;
- (8) Enver Muran of Bratislava, Slovakia;
- (9) Mark A. Ousley of Tennessee;
- (10) Joshua Lee Mann of Washington State;
- (11) Benjamin Jaxon Teichman of California;

- (12) John Hancock of North Carolina; and

- (13) Teresa Hancock of North Carolina.

Dated: November 13, 2020

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

<u>/s/ *Donald J. Enright*</u>
Donald J. Enright
Adam M. Apton
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Class Representative Mohammad A. Malik and Class Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF on November 13, 2020. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF to all counsel so registered.

                                      /s/ *Donald J. Enright*
                                      Donald J. Enright