IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONGFIN CORP. SECURITIES CLASS ACTION LITIGATION | ) Lead Case No.: 1:18-cv-2933-DLC )<br>) CLASS ACTION )<br>) |

**[PROPOSED] ORDER TO RELEASE FUNDS**

Upon review of the Motion to Release Funds and attached Exbibits submitted by Class Counsel in the above-captioned matter, it is hereby:

**ORDERED**, that Epiq Global ("Epiq") shall be reimbursed $48,402.70 for its fees and expenses in this matter, to be paid from the $223,172.64 recovered by Class Counsel in January 2023 (the "January 2023 Recovery");

**ORDERED**, that Epiq shall distribute $17,277.47 from the January 2023 Recovery to Levi & Korsinsky, LLP for its expenses in this matter;

**IT IS SO ORDERED.**

Dated: *February 17, 2023*

New York, New York

_____
Denise L. Cote
United States District Judge

1